In the Matter of the Accounting of OGDEN PHIPPS et al., as Executors of OGDEN L. MILLS, Deceased, Respondents. A. PERRY OSBORN et al., as Successor Trustees of the Trust Created by OGDEN L. MILLS, by Indenture, et al., Appellants. JOHN R. FELL, JR., et al., Respondents.

Argued April 21, 1948; decided May 21, 1948.

*John L. Gray, Jr., Arthur A. Ballantine* and *Carl E. Heilman* for A. Perry Osborn and another, appellants.

*Gertrude Glennon,* as special guardian, appellant.

*Ernest M. Strong* for Ogden Phipps and another, appellants.

*Windsor B. Putnam* for the New York Trust Company, appellant.

*Leslie D. Dawson, Roy C. Gasser* and *J. Wesley Seward* for Ogden Phipps and another, respondents.

*Frank A. F. Severance* and *Walter G. Dunnington,* as special guardian for John R. Fell, Jr., and others, respondents.

Order affirmed, with costs to the respondents payable out of the estate; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.